```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OSCAR P. CASHABAMBA,

                           Plaintiff,

    -against-

USA INTERIORS LLC and OSCAR A. RUIZ, as an
individual,
                           Defendants.
-------------------------------------------------------------------X

Civil Docket No.: 22-cv-3337
(MKV)(OTW)

**STIPULATION OF DISCONTINUANCE**

**WHEREAS,** on April 25, 2022, plaintiff Oscar P. Cashabamba ("Plaintiff") commenced this action by filing a Summons and Complaint, against defendants USA Interiors LLC, and Oscar A. Ruiz, as an individual (collectively, "Defendants"); and

**WHEREAS,** Defendants deny any liability arising out of Plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, as represented below, and ordered by the Court, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the Second, Third, Fourth and Fifth Causes of action in the above-captioned action be, and are, dismissed and discontinued, **with prejudice**, without costs, expenses, or fees, against any party. The First Cause of action in the above-captioned action is hereby dismissed and discontinued **without prejudice**, without costs, expenses or fees against any party.

| | |
|---|---|
| **HELEN F. DALTON & ASSOCIATES, P.C.**<br>80-02 Kew Gardens Road, Suite 601<br>Kew Gardens, NY 11415<br>(718) 263-9591<br>jamespodonnell86@gmail.com | **KAPLAN LEVENSON P.C.**<br>930 Sylvan Ave, Ste 100<br>Englewood Cliffs, NJ 07632<br>(212) 983-6900 Ext. 110<br>smk@kaplev.com |
| By: *James O'Donnell*<br>James O'Donnell, Esq.<br>*Attorneys for Plaintiff* | By: *SM* (signature)<br>Steven Kaplan, Esq.<br>*Attorneys for Defendants* |
| Dated: July 24, 2023 | Dated: July 24, 2023 |

---

**The Clerk of Court is respectfully requested to close this case. SO ORDERED.**

Date: 7/28/2023
New York, New York

*Mary Kay Vyskocil* (signature)
Mary Kay Vyskocil
United States District Judge